The Hon. Tana Lin

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| CHRISTOPHER ROBERT NOLAND,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, dba EQUIFAX,<br><br>Defendant. | Case No. 2:26-cv-00915-TL<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT and [PROPOSED] ORDER**<br><br>**NOTE FOR MOTION: April 30, 2026** |

**STIPULATED MOTION**

Defendant Equifax Information Services LLC ("Equifax"), by their attorneys and pursuant to Local Rules 7 and 10 of the Western District of Washington, moves for an extension of time in which to answer or otherwise respond to the Complaint in this matter. It is stipulated and agreed to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from May 1, 2026 through and including June 1, 2026.  In support of its Motion, Defendant states:

1.    On April 9, 2026, Plaintiff Christopher Robert Noland filed an Amended Complaint in the United States District Court for the Western District of Washington. (ECF No. 11).

**STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE RESPONSIVE PLEADING TO COMPLAINT - 1**
**Case No. 2:26-cv-00915-TL**

**Markowitz Herbold PC**
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR  97201
(503) 295-3085

2. Equifax was served via process service on April 10, 2026.

3. Pursuant to Rules 12 and 8 Federal Rule of Civil Procedure, Equifax must file its responsive pleading by May 1, 2026.

4. On April 27, 2026, counsel for Equifax conferred with Plaintiff's counsel to confirm that Plaintiff had no objection to extending Equifax's deadline to answer or respond to Plaintiff's Complaint. Plaintiff's counsel confirmed that Plaintiff consents to Equifax's requested extension.

5. Thus, to allow Equifax additional time to investigate Plaintiff's allegations and to engage in informal settlement discussions with Plaintiff's counsel, Equifax respectfully requests an extension of time to answer or otherwise respond to Plaintiff's Complaint through and including June 1, 2026.

6. This motion is filed before Equifax's response to Plaintiff's Complaint is due. Equifax's request is not sought for the purpose of delay, nor will the additional time adversely affect the just, speedy, and inexpensive determination of this action. See Fed. R. Civ. P. 1.

7. This motion is filed in good faith and is supported by good cause.

WHEREFORE, Equifax respectfully requests the Court to issue an Order extending the time for Equifax to answer or otherwise respond to Plaintiff's Complaint through and including June 1, 2026.

**STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE RESPONSIVE PLEADING TO COMPLAINT - 2**
**Case No. 2:26-cv-00915-TL**

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR 97201
(503) 295-3085

I certify that this memorandum contains 614 words, in compliance with Local Civil Rules.

DATED:  April 30, 2026.            MARKOWITZ HERBOLD PC


                                    *s/ Stanton R. Gallegos*
                                    _____
                                    Stanton R. Gallegos, WSBA #53430
                                    StantonGallegos@MarkowitzHerbold.com
                                    1455 SW Broadway, Suite 1900
                                    Portland, OR  97201
                                    Telephone: (503) 295-3085
                                    *Attorneys for Defendant Equifax Information Services LLC*




                                    PRO SE

                              By:   */s/  Christopher Robert Noland*
                                    _____
                                    Christopher Robert Noland
                                    4807 Black Forest LN
                                    Everett, WA 98203
                                    Email: Chrisnoland@icloud.com

                                    *Pro Se Plaintiff*

**STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE RESPONSIVE PLEADING TO COMPLAINT - 3**
**Case No. 2:26-cv-00915-TL**

## ORDER

Based upon the foregoing Stipulated Motion for Extension of Time to Answer or Otherwise Plead, the Court hereby ORDERS AND ADJUDGES as follows:

1.    The Stipulated Motion is GRANTED and ACCEPTED by the Court.

2.    Defendant Equifax Information Services, LLC shall answer or otherwise respond to the Complaint by June 1, 2026.

DATED : April 30, 2026.

_____
HONORABLE TANA LIN
US District Court Judge

Presented by:

*s/ Stanton R. Gallegos*

Stanton R. Gallegos, WSBA #53430
StantonGallegos@MarkowitzHerbold.com

Attorney for Defendant Equifax Information Services, LLC

STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE RESPONSIVE PLEADING TO COMPLAINT - 4
Case No. 2:26-cv-00915-TL

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OR 97201
(503) 295-3085

**ATTORNEY CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2026, I have made service of the foregoing **STIPULATED MOTION FOR EXTENSION OF TIME and [PROPOSED] ORDER** on the parties listed below in the manner indicated:

Christopher Robert Noland
4807 Black Forest LN
Everett, WA 98203
Email: Chrisnoland@icloud.com
*Pro Se*

☐ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email: Chrisnoland@icloud.com
☒ Electronically via USDC CM/ECF system

DATED:    April 30, 2026.

*s/ Stanton R. Gallegos*
_____
Stanton R. Gallegos, WSBA #53430

2444608.1

**STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE RESPONSIVE PLEADING TO COMPLAINT - 5**
**Case No. 2:26-cv-00915-TL**